IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BRENDA DARLENE DEWITT, ) | Civil Action No. 3:11-03395-MGL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed September 10, 2008.  *See* 28 U.S.C. § 2412.  The Commissioner filed a Joint Stipulation to an Award of EAJA fees on September 29, 2014, in which she notified the Court that the parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $3,800.00 in attorney's fees, and $350.00 in costs.

The Court has reviewed the fee motion and response and finds the compromise settlement reasonable.  Accordingly,

**IT IS SO ORDERED** that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $3800 in attorney's fees and $350.00 in costs.  Payment shall be made payable to the Plaintiff pursuant to *Astrue v Ratliff*, 130 S. Ct. 2521 (2010) and mailed to Plaintiff's attorney.  EAJA fees awarded by this Court belong to the Plaintiff and are

subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).   Plaintiff shall also be paid $350.00 in costs from the Judgment Fund pursuant to 28 U.S.C. § 2412(a)(1)

        s/Mary G. Lewis
        _____
        MARY G. LEWIS
        United States District Judge

Dated:  October 3, 2014
       Spartanburg, South Carolina